IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LESLIE J. CEPHUS,<br><br>    Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-1891-SCJ |

**O R D E R**

Counsel for Defendant having filed Notice [Doc. 236] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 24th day of June, 2019.

                                        s/Steve C. Jones
                                        STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE